The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and 3M COMPANY, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INDIVIDUALS AND ENTITIES DOING BUSINESS AS THE AMAZON SELLING ACCOUNT IDENTIFIED IN SCHEDULE 2; and DOES 1-10,<br><br>Defendants. | No. 2:22-cv-01019-RSL<br><br>**NOTICE OF RELATED CASE** |

Pursuant to Local Civil Rule 3(g), Plaintiffs give notice of the following related cases (the "Related Cases"):

- *Amazon.com, Inc.; Amazon.com Services LLC; and 3M Company v. Individuals and Entities Doing Business as Certain Amazon Selling Accounts Identified in Schedule 1, and Does 1-10*, Case No. 2:22-cv-01020 (W.D. Wash.), filed on July 22, 2022 (the "Schedule 1 Action");

- *Amazon.com, Inc.; Amazon.com Services LLC; and 3M Company v. Individuals and Entities Doing Business as Certain Amazon Selling Accounts Identified in Schedule 3, and Does 1-10*, Case No. 2:22-cv-01021 (W.D. Wash.), filed on July 22, 2022 (the "Schedule 3 Action").

NOTICE OF RELATED CASE
Case No. 2:22-cv-01019-RSL - 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  The cases listed above are related to this action because (a) they concern similar parties, transactions, and events (namely, they involve the same plaintiffs; assert identical causes of action; and the defendants in each case sold counterfeit 3M Company ("3M") products that differ from authentic 3M products in similar ways, and were all sold in violation of the same Amazon policies and seller provisions); and (b) it appears likely there will be an unduly burdensome duplication of judicial resources—as well as the potential for conflicting results—if the cases are conducted before different judges. *See* LCR 3(g)(4)(A)–(B). In addition, because both this action—the first filed—and the Schedule 1 Action have been assigned to the Honorable Robert S. Lasnik, Plaintiffs respectfully request that the Court designate this action and the Related Cases as "related," and transfer the Schedule 3 Action to Judge Lasnik.

DATED this 10th day of August, 2022.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

 *s/ Lauren B. Rainwater*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

Lauren B. Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7070
Email: laurenrainwater@dwt.com

NOTICE OF RELATED CASE
Case No. 2:22-cv-01019-RSL - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax