UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                    )
AMAZON.COM , INC., et al.,                          )
                                                    )        No.  C22-1019RSL
                    Plaintiffs,                     )
                                                    )
            v.                                      )
                                                    )        ORDER TO SHOW CAUSE
INDIVIDUALS AND ENTITIES DOING                      )
BUSINESS AS THE AMAZON SELLING                      )
ACCOUNT IDENTIFIED IN SCHEDULE 2;                   )
and DOES 1-10,                                      )
                                                    )
                    Defendants.                     )
                                                    )
_____           )

        This matter comes before the Court *sua sponte*.  The complaint in the above-

captioned matter was filed on July 22, 2022.  To date, service of the summons and complaint has

not been made on defendants as required by Fed. R. Civ. P. 4(m).  Plaintiffs are hereby

ORDERED to show cause why the complaint should not be dismissed.  Plaintiffs shall file a

responsive brief no later than December 22, 2022.  The Clerk of Court shall place this Order to

Show Cause on the Court's calendar for December 23, 2022.


        DATED this 5th day of December, 2022.



                              _____
                              Robert S. Lasnik
                              United States District Judge


ORDER TO SHOW CAUSE