UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and 3M COMPANY, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INDIVIDUALS AND ENTITIES DOING BUSINESS AS THE AMAZON SELLING ACCOUNT IDENTIFIED IN SCHEDULE 2; and DOES 1-10,<br><br>Defendants. | No. 2:22-cv-01019-RSL<br><br>Consolidated Cases:<br>*No. 2:22-cv-01020*<br>*No. 2:33-cv-01021*<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO FILE OVER-LENGTH MOTION FOR EXPEDITED DISCOVERY** |

ORDER GRANTING LEAVE
TO FILE OVER-LENGTH MOTION
(No. 2:22-cv-01019-RSL) - 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

THIS MATTER came before the Court on the Motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and the 3M Company (collectively, "Plaintiffs") for Leave to File Over-Length Motion for Expedited Discovery on third parties (the "Motion"), pursuant to Local Civil Rule 7(f). The Court, having considered Plaintiffs' Motion and finding good cause, GRANTS Plaintiffs leave to file a Motion for Expedited Discovery not to exceed 3,500 words.

Dated this 1st day of March, 2023.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

 *s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

Lauren B. Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

ORDER GRANTING LEAVE
TO FILE OVER-LENGTH MOTION
(No. 2:22-cv-01019-RSL) - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax