UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>INDIVIDUALS AND ENTITIES DOING BUSINESS AS THE AMAZON SELLING ACCOUNTS IDENTIFIED IN SCHEDULE 2 and DOES 1-10,<br><br>    Defendants. | NO. C22-1019RSL<br><br>ORDER OF REFERENCE |

The Court hereby refers pretrial service issues to one of the designated U.S. Magistrate Judges pursuant to General Order 03-23.

DATED this 7th day of March, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE