The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and 3M COMPANY, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INDIVIDUALS AND ENTITIES DOING BUSINESS AS THE AMAZON SELLING ACCOUNTS IDENTIFIED IN SCHEDULES 1, 2, and 3; and DOES 1-10,<br><br>Defendants. | No. 2:22-cv-01019-RSL-MLP<br><br>Consolidated Cases:<br>*No. 2:22-cv-01020*<br>*No. 2:22-cv-01021*<br><br>**PLAINTIFFS' STATUS REPORT** |

Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") and 3M Company ("3M," together with Amazon, "Plaintiffs") submit this consolidated status report in response to the Court's December 27, 2022 Order ("Order"). This is a consolidated matter consisting of the following cases: *Amazon.com, Inc., et al. v. Individuals and Entities Doing Business as Certain Amazon Selling Accounts Identified in Schedule 2 and Does 1-10,* Case No. 2:22-cv-01019 (W.D. Wash.) (the "Schedule 2 Action"); *Amazon.com, Inc., et al. v. Individuals and Entities Doing Business as Certain Amazon Selling Accounts Identified in Schedule 1 and Does 1-10,* Case No. 2:22-cv-01020 (W.D. Wash.) (the "Schedule 1 Action"); and *Amazon.com, Inc., et al. v. Individuals and Entities Doing Business as Certain Amazon*

PLAINTIFFS' STATUS REPORT - 1
Case No. 2:22-cv-01019-RSL-MLP

*Selling Accounts Identified in Schedule 3*, Case No. 2:22-cv-01021 (W.D. Wash.) (the "Schedule 3 Action") (collectively, "Consolidated Cases").

On December 27, 2022, the Court issued an Order directing Plaintiffs to file a status report within ninety (90) days advising the Court of Plaintiffs' efforts to identify, locate, and serve the individuals and entities responsible for the suspect selling accounts. Dkt. 11. Plaintiffs state as follows:

1. On March 1, 2023, Plaintiffs filed a Motion for Expedited Discovery (the "Motion") seeking leave to serve third-party subpoenas to obtain information from certain payment service providers, banks, and email service providers linked to Defendants and their counterfeiting scheme. Dkt. 15. As Plaintiffs explained in the Motion, Plaintiffs engaged in extensive investigation into the sixty-one (61) selling accounts at issue in order to identify and locate the Defendants responsible for them. *Id.* at 5. While many Defendants provided Amazon with identification cards or drivers' licenses that appeared valid on their face, Plaintiffs' investigation determined that these documents were forged. *Id.* Despite Plaintiffs' diligent efforts, Defendants' identities and locations remain unknown, and Plaintiffs believe that Defendants deliberately misled Amazon by registering their selling accounts using forged documents and falsified information. *Id.*

2. On March 14, 2023, the Court granted the Motion, providing Plaintiffs leave to serve subpoenas, prior to the Rule 26(f) conference, on Payoneer, Inc., Citigroup Inc., Wells Fargo Bank, N.A., Microsoft Corporation, Yahoo Inc., and Verizon Media. Dkt. 19. Plaintiffs are preparing to serve subpoenas upon the specified financial institutions and email service providers.

3. After Plaintiffs receive documents in response to the subpoenas, Plaintiffs anticipate filing an amended complaint naming the individuals and entities identified by the subpoena responses. Because Plaintiffs' investigation has revealed the Defendants are located overseas, Plaintiffs anticipate filing a motion for alternative service, seeking leave to serve

PLAINTIFFS' STATUS REPORT - 2
Case No. 2:22-cv-01019-RSL-MLP

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

Defendants with the amended complaint via registered email through the email addresses Defendants used to communicate and conduct business through their Amazon selling accounts.

4. Plaintiffs respectfully request 120 days to provide this Court with a further consolidated status update, which Plaintiffs expect will allow them to serve the third-party subpoenas, receive and complete review of third-party productions, amend the operative complaint to name individuals or entities identified in such productions, and move for alternative service.

DATED this 27th day of March 2023.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

*s/ Lauren Rainwater*
Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

PLAINTIFFS' STATUS REPORT - 3
Case No. 2:22-cv-01019-RSL-MLP

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax