UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM INC., *et al.*,

        Plaintiffs,

    v.

ABEYTUBE, *et al.*,

        Defendants.

Case No. C22-1019-RSL-MLP

ORDER

        Plaintiffs filed the instant action on July 22, 2022. (Dkt. # 1.) Plaintiffs have not yet served any defendants. On December 27, 2022, the Honorable Robert S. Lasnik ordered Plaintiffs to file a status report within 90 days detailing their efforts to serve defendants. (Dkt. # 11.) On March 7, 2023, Judge Lasnik referred issues related to pretrial service in this action to the undersigned pursuant to General Order 03-23. (Dkt. # 18.) On March 14, 2023, this Court granted Plaintiffs' motion for expedited third-party discovery. (Dkt. # 19.)

        On March 27, 2023, Plaintiffs filed the status report as ordered. (Dkt. # 20.) They request an additional 120 days to serve third-party subpoenas and review resulting discovery, amend their complaint, and move for alternative service. (*Id.* at 3.)

ORDER - 1

1  The Court recognizes that Plaintiffs require additional time to engage in the recently
2  authorized third-party discovery. However, Plaintiffs should not expect unlimited extensions if
3  service does not prove to be feasible. Accordingly, the Court DIRECTS Plaintiffs to, within **120
4  days** of the date this Order is signed, file an amended complaint and either serve all defendants
5  or move for alternative service. If Plaintiffs are unable to do so, the Court ORDERS Plaintiffs to
6  show cause why this case should not be dismissed for failure to prosecute.
7  Dated this 31st day of March, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2