The Honorable Robert S. Lasnik
The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and 3M COMPANY, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BIBO FANG, an individual; FENG XIA FANG, an individual; JUN WEI LIANG, an individual; JUN YI LIANG, an individual, XIAO LIANG, an individual; ZHI CHENG LIANG, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:22-cv-01019-RSL-MLP<br><br>*Consolidated Cases:*<br>No. 2:22-cv-01020-RSL<br>No. 2:22-cv-01021-RSL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION FOR ALTERNATIVE SERVICE** |

THIS MATTER came before the Court on the *Ex Parte* Motion for Alternative Service ("Motion") brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and 3M Company (collectively, "Plaintiffs"). The Court, having considered Plaintiffs' Motion and finding good cause, hereby ORDERS:

    1.    Plaintiffs' Motion is **GRANTED**.

    2.    Plaintiffs are authorized to serve the following Defendants via the email addresses listed below:

[PROPOSED] ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR ALTERNATIVE SERVICE - 1
(2:22-cv-01019-RSL-MLP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

    a.    <u>Defendant Bibo Fang</u>

        i.    wenliangzhuo56@163.com;

    b.    <u>Defendant Feng Xia Fang</u>

        i.    deborahlistz@yahoo.com;

        ii.    tiffanykennethux@yahoo.com;

        iii.    biaotoufangqq97@163.com;

        iv.    feliciachonjdz@yahoo.com;

        v.    helenryanwgg@yahoo.com;

        vi.    rosettaclarkxym@yahoo.com;

        vii.    yzso1cg03sm@hotmail.com;

        viii.    zhongyan227419@163.com;

        ix.    epiaozai858118@163.com;

        x.    pcacew@163.com;

    c.    <u>Defendant Jun Wei Liang</u>

        i.    pbmcnsiyrhl262na@163.com;

        ii.    ajyiloyx65cp@outlook.com;

        iii.    wkkaaqtaitv@outlook.com;

        iv.    aqwwcspohl@163.com;

        v.    w7a6f9ae@163.com;

        vi.    rfjnbhorebes@outlook.com;

        vii.    bikou6352@163.com;

        viii.    vlutlpchp5cq@hotmail.com;

        ix.    bukesheng82581@163.com;

        x.    ku63_wslktm@163.com;

        xi.    wenjun655041@163.com;

        xii.    gi9avbeimyvlzr@126.com;

        xiii.    wilkinsonnelson@yahoo.com;

[PROPOSED] ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR ALTERNATIVE SERVICE - 2
(2:22-cv-01019-RSL-MLP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

|     |     |       |                              |
| --- | --- | ----- | ---------------------------- |
| 1   |     | xiv.  | gradydby@yahoo.com;          |
| 2   |     | xv.   | johnmatamoros340@yahoo.com;  |
| 3   |     | xvi.  | meijian289821@163.com;       |
| 4   |     | xvii. | j0uhivhhx62w@21cn.com;       |
| 5   |     | xviii.| wocaibei844@163.com;         |
| 6   |     | xix.  | yinhuanyi60985@163.com;      |
| 7   |     | xx.   | diaosexun313500@163.com;     |
| 8   |     | xxi.  | niumuwei19890516@163.com;    |
| 9   |     | xxii. | wenliangzhuo56@163.com;      |
| 10  | d.  |       | <u>Defendant Jun Yi Liang</u> |
| 11  |     | i.    | mafan26@163.com;             |
| 12  |     | ii.   | wangrou97483195@163.com;     |
| 13  |     | iii.  | xl7yp66p@126.com;            |
| 14  |     | iv.   | zhawan6867@163.com;          |
| 15  |     | v.    | hiu5xcne37@21cn.com;         |
| 16  |     | vi.   | vrhvpdq@126.com;             |
| 17  |     | vii.  | xiangning0477696@126.com;    |
| 18  |     | viii. | wulkyz0mfw@21cn.com;         |
| 19  |     | ix.   | pa0182916@163.com;           |
| 20  |     | x.    | marcoskellergyj@yahoo.com;   |
| 21  |     | xi.   | c5tjjndz@163.com;            |
| 22  |     | xii.  | nongzanfnz9@163.com;         |
| 23  |     | xiii. | cliftonsmith230@yahoo.com;   |
| 24  |     | xiv.  | daoshui2613ic@163.com;       |
| 25  |     | xv.   | miu0780033@126.com;          |
| 26  |     | xvi.  | du971517069@163.com;         |
| 27  |     | xvii. | bilang004185@163.com;        |

[PROPOSED] ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR ALTERNATIVE SERVICE - 3
(2:22-cv-01019-RSL-MLP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

            xviii.    carolynclancyk@aol.com;

            xix.    coreyking179@yahoo.com;

            xx.    tunjue6@163.com;

            xxi.    adamvanmeter@yahoo.com;

            xxii.    jimjacksondk@yahoo.com;

    e.    <u>Defendant Xiao Liang</u>

            i.    550881978@qq.com;

    f.    <u>Defendant Zhi Cheng Liang</u>

            i.    wkkaaqtaitv@outlook.com;

            ii.    gugong8956@163.com;

            iii.    huijuke7535452@163.com;

            iv.    zdxpl5@163.com;

            v.    shigeng229924@163.com;

            vi.    pa8527@163.com;

            vii.    184457580.40@189.cn.

SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Michelle L. Peterson
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR ALTERNATIVE SERVICE - 4
(2:22-cv-01019-RSL-MLP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

*s/ Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

[PROPOSED] ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR ALTERNATIVE SERVICE - 5
(2:22-cv-01019-RSL-MLP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax