|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and 3M COMPANY, a Delaware corporation, | No. 2:22-cv-01019-RSL |
|---|---|
| Plaintiffs, | ***Consolidated Cases:***<br>No. 2:22-cv-01020-RSL<br>No. 2:22-cv-01021-RSL |
| v. | **ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION TO FILE** *EX PARTE* **OVER-LENGTH MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |
| BIBO FANG, an individual; FENG XIA FANG, an individual; JUN WEI LIANG, an individual; JUN YI LIANG, an individual, XIAO LIANG, an individual; ZHI CHENG LIANG, an individual; and DOES 1-10, | |
| Defendants. | |

THIS MATTER came before the Court on the *Ex Parte* Motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and 3M Company (collectively, "Plaintiffs") to File Over-length Motion for Default Judgment and Permanent Injunction Against Defendants (the "Motion"), pursuant to Local Civil Rule 7(f). This Court, having considered Plaintiffs' Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for Default Judgment and Permanent Injunction not to exceed 8,900 words.

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(2:22-cv-01019-RS)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Dated this 18th day of July, 2024.

*[signature: Robert S. Lasnik]*
Robert S. Lasnik
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
Attorneys for Plaintiffs

*s/ Lauren Rainwater*
Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Email: laurenrainwater@dwt.com

Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 663-6800
Email: scottcommerson@dwt.com

ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION - 2
(2:22-cv-01019-RS)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax