# United States District Court
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BIBO FANG, *et al.*,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  2:22-cv-01019-RSL |

___    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Judgment is entered against defendants Bibo Fang, Feng Xia Fang, Jun Wei Liang, Jun Yi Liang, Xiao Liang, and Zhi Chng Liang, in favor of plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and 3M Company as follows:

1. "Plaintiffs' Ex Parte Motion for Default Judgment and Permanent Injunction Against Defendants" (Dkt. No. 39) is GRANTED. The Amazon plaintiffs' claim for false advertising is DISMISSED without prejudice.

2.     3M is awarded statutory damages in the amount of three times the aggregate sales of counterfeit products from each defendants' respective Amazon Selling Account(s) as follows:

- $441,559 against defendant Feng Xia Fang for counterfeit sales from the Annette A. Smith LLC, Chester Supply, Dean Tech, EEG Ventures LLC, Greg Trade, Gretna Mart LLC, Hsiguans LLC, Osagele US, Qcrowe US, and Sherry Online Selling Accounts;
- $3,048,306 against defendant Jun Wei Liang for counterfeit sales from the Heaitman Store, Pingping LLC, Rahul Ebert LLC, Tanyaer Store, Abeytube, Brownartic Store, ECEIT RESOD, Hittmedical LLC, John Centers, Keith Supplies, KTPOA US, Luvoice, Maitler Store, Moacrdx Store, ONZO Shop, Scott Center, Slack's Shop, Soeucelo Store, Souteo Store, and Srencpeos Store Selling Accounts;
- $2,495,541 against defendant Jun Yi Liang for counterfeit sales from the Aivaeso Redicol, Alvinste Store, Anthons Store, Barry Company, Billy Business, Ceeoty Atoxe, Clara Wholesale, Easrscope Store, Elivera Counly, Hubert Moss, Jeffrey Crof, Kebetty Store, Kingery Store, Lopains Veen, Lvetown, Mardiou US, Meceiall Store, Paksa Store, Vincent Health, Vinecre Onse, Welpance LLC, and Willie Holland Selling Accounts;
- $160,141 against defendant Xiao Liang for counterfeit sales from the Chris Skamp Selling Account;
- $255,351 against defendant Zhi Cheng Liang for counterfeit sales from the Mooky Store, Rimas Store, Roger Store, Sunica Store, Tammly Store, and Yoceiky Store Selling Accounts;
- $312 against defendants Bibo Fang and Jun Wei Liang, jointly and severally, for counterfeit sales from the Tedabe Store Selling Account; and
- $146,749 against defendants Zhi Cheng Liang and Jun Wei Liang, jointly and severally, for counterfeit sales from the David Factory Selling Account.

3.  Defendants and their officers, agents, servants, employees, and attorneys, and all others in active concert or participation with them who receive actual notice of this order, are PERMANENTLY ENJOINED AND RESTRAINED from:

    a. selling counterfeit or infringing products in Amazon's stores;

    b. selling counterfeit or infringing products to Amazon or any Amazon affiliate;

    c. manufacturing, importing, distributing, offering to sell, or selling any product using 3M's brand or trademarks, or which otherwise infringes 3M's intellectual property, in any store or in any medium; and

    d. assisting, aiding or abetting any other person or business entity in engaging or performing any of the activities listed in (a) through (c) above.

DATED this 30th day of July, 2024.

RAVI SUBRAMANIAN,
Clerk of the Court

By:  */s/ Victoria Ericksen*
       Deputy Clerk